**FILED**

OCT 28 2010

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

# United States District Court
## FOR the District of Columbia

Date 7-5, 201

Plaintiff DaLE A. Copemann,
1101 6TH STREET, N.W.
GAINESVILLE, FLORIDA 32601

VS.

Case: 1:10-cv-01828
Assigned To : Unassigned
Assign. Date : 10/28/2010
Description: Pro Se Gen. Civil

**JURY ACTION**

Defendant, Jennifer Schwarze,
Citifinancial Bank.

Complaint

**RECEIVED**

OCT 1 2 2010

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**RECEIVED**

SEP 13 2010

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia



Dale A. Copem
1101.6 St. N.W
Gainesvill
Florida 326
telephone(352)
45628

# Statement of of Facts

8-15, 2010

Retaliation is a Violation of the Federal Law. after these two ploice officers get's sue Prosecute. if anything down here happen to me they are goining to prision. one night I left my home an was goining to the store an I walk with knife my not with they intension to hurt anyone the Arab man at the store call the police an tell them that I was goining to kill a woman which was a lie. so they pulled guns with they intension to kill me that night, they I was coming at the with a knife lie please send me the Address of Criminal Division so these police could be put in prision they are murders thank you Dale A. Copemann.

to whom it may concern at the united States District Court I Mr. Dale A. Copemann, is speaking in reference concerning a violation of my Disability Right's by Citifinancial Bank. under Equal Housing Lender. on Friday September 18, 009 I spoke with a Miss Jennifer Schwarze, a Branch Manager that works for the Citifinancial Bank. over the telephone about processing me a loan so she had ask me for my Name Date of Brith Social Security Number and Mailing address in which I had given her and she Also ask how long was I living at this Address so I told her from Scence December 21, 007 so she told me hold a minute she was going to check my credit. so finally she disaprove the loan. then later on I ask her How much do I have to pay Back if Barrow a ten thousand Dollars loan from the Bank an she told four Hundread Dollars. So I had contact Miss Gail Monahan who I use to work for she Work's for the.

P.S.

Gainesville, Housing Authority. About helping me get the loan So She Call Miss. Jennifer Schwarze at the Bank and ask her How much do you pay Back on ten thousand Dollars loan. She Call Miss. Jennifer. Schwarze. at the Bank and ask her How much do you pay Back on ten thousand Dollars loan she Said Miss. Jennifer told her two hundread. But they Agreement for the personal loan Was $5,000.00.

I will forward a Copy as Soon possible Jennifer Schwarze, are in Violation of the Florida, Statute, under Section 501.005, for going into my Credit file on September 17, 2009 and Commiting identity theft by they Equifax Credit Bureau Agency. Citifinancial Account Number: -2517

Dale A. Copemann,

on Friday September 24, 2010 9-25, 2010
I was on my down to they Meridian
psychiartric clenic where I
receive my psychiartric
Medication time 10:30 A.M.
So stop arcoss the street and
was siting on a Beanch because
the triffic was High and I couldn't
get arcoss the street to
Keauch the Bus so a White police
officer pull up on his Hulley Division
Motorcycle. Rank a lieutenat
So he stay About 30 feet from
me and he started to take picture
of me with his Movie Camera
please investigate case for me I think
these people down here is trying to
ASSasinate me the Klu Klax Klan
plays a terrible role down here they are
working in the police Department gainesvill
sincerely Dale a. Copemann
P.S.

## Seeks Monetary Relief

Grant the plaintiff the following Monetary Relief in which he is Entitle to have for the sum of $7000,000.

Dale A. Copemann,
1101 6 Street N.W.
Apt# 1101
Gainesville, Florida
32601

# Trial by Jury Demand

To whom it may concern at United States District Court for the District of Columbia Clerk office I Mr. Dale A. Copemann, Demand a trial by Jury to proceed in Court for my case.

Dale A. Copemann
1101 6 Street
Apt# 1101
Gainesville,
Florida, 3260